JOSEPH BROOKS v. STATE.

No. A-1062.    Opinion Filed January 23, 1912.

Appeal from Creek County Court; Josiah G. Davis, Judge.

Joseph Brooks was convicted of violating the prohibitory law, and appeals.    Affirmed.

Rutherford, Fairchild & Davis, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.    Plaintiff in error was convicted in the county court of Creek county on the 6th day of December, 1910, on a charge of violating the prohibitory law, and on the 10th day of said month was sentenced to pay a fine of fifty dollars and be imprisoned in the county jail for a period of sixty days.    The appeal was perfected in this court on April 3, 1911.    Upon a careful examination of the record we find no errors sufficient to justify a reversal of this cause.    The judgment of the trial court is affirmed.